# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re:                               §
                                     §
STEPHEN MITCHELL BROWN               §   Case No. 14-14763
LORNA CARBO BROWN                    §
                                     §
            Debtors                  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/15/2014 . The undersigned trustee was appointed on 11/17/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                 $     2,632.49

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 20.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]            $     2,612.49

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/17/2015 and the deadline for filing governmental claims was 10/01/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 658.12 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 658.12 , for a total compensation of $ 658.12 [2] . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 35.64 , for total expenses of $ 35.64 [2] .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/06/2015                By:/s/DOUGLAS N. GOULD
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 14-14763 | SAHB | Judge: | Sarah A. Hall (b) | Trustee Name: | DOUGLAS N. GOULD |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | STEPHEN MITCHELL BROWN | | | | Date Filed (f) or Converted (c): | 11/15/2014 (f) |
| | LORNA CARBO BROWN | | | | 341(a) Meeting Date: | 12/19/2014 |
| For Period Ending: | 10/06/2015 | | | | Claims Bar Date: | 09/17/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2014 Tax Refunds (u) | 0.00 | 2,632.49 | | 2,632.49 | FA |
| 2. 1601 SE Jarman Ave, Lawton OK 73501 | 110,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 500.00 | 0.00 | | 0.00 | FA |
| 4. Checking FSFCU | 300.00 | 0.00 | | 0.00 | FA |
| 5. Checking FSNB | 300.00 | 0.00 | | 0.00 | FA |
| 6. household goods | 4,000.00 | 0.00 | | 0.00 | FA |
| 7. Clothes | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. Term Life USAA 250k | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2011 Toyota Tundra; 35k miles | 23,600.00 | 0.00 | | 0.00 | FA |
| 10. 2013 Buick Lacrosse; 25k miles | 30,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $171,700.00 | $2,632.49 | | $2,632.49 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

May 28, 2015 Received installment payment from Debtor. Prepare Motion to Reopen.
May 15, 2015 Telephone conference with Debtor regarding estates interest in tax refunds- $2,632.49.  Mr. Brown will pay half $1,316.25 on or before
June 1, 2015 and the balance $1,316.24 on or before July 1, 2015.
June 1, 2015 File Motion to Reopen.
June 18, 2015 Deposit $1,316.25.
June 24, 2015 Personal check from Debtors returned from bank a NSF. Emailed attorney for funds to  be paid by certified check.
June 30, 2015 Received $1,316.25 Cashier's Check from Debtors.
September 21, 2015 Trustee reviewing Claims. Emailed atty for remaining funds owed.
September 25, 2015 Received $1,316.24 from Debtors.
October 1, 2015 Prepare TFR, NFR and FA.

Initial Projected Date of Final Report (TFR): 11/15/2016     Current Projected Date of Final Report (TFR): 11/15/2016

UST Form 101-7-TFR (5/1/2011) (Page: 3)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-14763 | Trustee Name: | DOUGLAS N. GOULD |
|---|---|---|---|
| Case Name: | STEPHEN MITCHELL BROWN | Bank Name: | First National Bank of Vinita |
|  | LORNA CARBO BROWN | Account Number/CD#: | XXXXXX2837 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX8575 | Blanket Bond (per case limit): | $6,496,000.00 |
| For Period Ending: | 10/06/2015 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/18/15 | 1 | STEPHEN MITCHELL BROWN<br>1601 SE JARMAN AVE<br>LAWTON, OK 73501 | Payment on 2014 tax refunds | 1224-000 | $1,316.25 |  | $1,316.25 |
| 06/26/15 | 1 | STEPHEN MITCHELL BROWN<br>1601 SE JARMAN AVE<br>LAWTON, OK 73501 | Payment on 2014 tax refunds Reversal Personal check from Debtors returned for NSF on June 24, 2015 | 1224-000 | ($1,316.25) |  | $0.00 |
| 06/30/15 | 1 | STEPHEN MITCHELL BROWN<br>1601 SE JARMAN AVE<br>LAWTON, OK 73501 | Payment on 2014 tax refunds | 1224-000 | $1,316.25 |  | $1,316.25 |
| 08/07/15 |  | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $1,306.25 |
| 09/08/15 |  | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $1,296.25 |
| 09/25/15 | 1 | Stephen Brown | 2014 Tax Refund | 1224-000 | $316.24 |  | $1,612.49 |
| 09/25/15 | 1 | Stephen Brown | 2014 Tax Refund | 1224-000 | $1,000.00 |  | $2,612.49 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $2,632.49 | $20.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $2,632.49 | $20.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,632.49 | $20.00 |

Page Subtotals: $2,632.49  $20.00

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2837 - Checking | $2,632.49 | $20.00 | $2,612.49 |
|  | $2,632.49 | $20.00 | $2,612.49 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $2,632.49 |
| Total Gross Receipts: | $2,632.49 |

Page Subtotals: $0.00 $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 5:14-14763-TMW
Debtor Name: STEPHEN MITCHELL BROWN
Claims Bar Date: 9/17/2015

Date: October 6, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | DOUGLAS N. GOULD<br>6303 Waterford Blvd., Ste. 260<br>OKLAHOMA CITY, OK 73118 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $658.12 | $658.12 |
| 100 2200 | DOUGLAS N. GOULD<br>6303 Waterford Blvd., Ste. 260<br>OKLAHOMA CITY, OK 73118 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $35.64 | $35.64 |
| 100 2700 | USBC<br>215 Dean A. McGee Ave.<br>Oklahoma CIty, OK 73102 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $260.00 | $260.00 |
| 1 300 7100 | BARKSDALE FEDERAL CRED<br>2701 VILLAGE LN<br>BOSSIER CITY LA 71112 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 12/15/2014 | $0.00 | $15,555.32 | $15,555.32 |
| 2 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 06/24/2015 | $0.00 | $2,466.54 | $2,466.54 |
| 3 300 7100 | NAVY FEDERAL CREDIT<br>UNION<br>P. O. BOX 3000<br>MERRIFIELD, VA 22119 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/10/2015 | $0.00 | $9,993.10 | $9,993.10 |
| 4 300 7100 | CAPITAL ONE BANK (USA)<br>N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/18/2015 | $0.00 | $975.03 | $975.03 |
| 5 300 7100 | CAPITAL ONE BANK (USA)<br>N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/18/2015 | $0.00 | $1,460.58 | $1,460.58 |
| 6 300 7100 | FSNB<br>PO BOX 33009<br>FORT SILL, OK 73503 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/26/2015 | $0.00 | $1,505.92 | $1,505.92 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 5:14-14763-TMW  
Debtor Name: STEPHEN MITCHELL BROWN  
Claims Bar Date: 9/17/2015  

Date: October 6, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>300<br>7100 | CAPITAL RECOVERY V LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/27/2015 | $0.00 | $4,930.22 | $4,930.22 |
| 8<br>300<br>7100 | CAPITAL RECOVERY V LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/27/2015 | $0.00 | $533.77 | $533.77 |
| 9<br>300<br>7100 | Army & Air Force Exchange Services<br>C/O Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, Az 85712 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 09/17/2015 | $0.00 | $8,077.35 | $8,077.35 |
| | Case Totals | | | $0.00 | $46,451.59 | $46,451.59 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                                     Printed: October 6, 2015

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-14763
Case Name: STEPHEN MITCHELL BROWN
          LORNA CARBO BROWN
Trustee Name: DOUGLAS N. GOULD

    Balance on hand      $    2,612.49

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DOUGLAS N. GOULD | $ 658.12 | $ 0.00 | $ 658.12 |
| Trustee Expenses: DOUGLAS N. GOULD | $ 35.64 | $ 0.00 | $ 35.64 |
| Charges: USBC | $ 260.00 | $ 0.00 | $ 260.00 |

Total to be paid for chapter 7 administrative expenses    $ 953.76

Remaining Balance    $ 1,658.73

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,497.83  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  3.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | BARKSDALE FEDERAL CRED | $ 15,555.32 | $ 0.00 | $ 567.11 |
| 2 | Discover Bank | $ 2,466.54 | $ 0.00 | $ 89.92 |
| 3 | NAVY FEDERAL CREDIT UNION | $ 9,993.10 | $ 0.00 | $ 364.32 |
| 4 | CAPITAL ONE BANK (USA) N.A. | $ 975.03 | $ 0.00 | $ 35.55 |
| 5 | CAPITAL ONE BANK (USA) N.A. | $ 1,460.58 | $ 0.00 | $ 53.25 |
| 6 | FSNB | $ 1,505.92 | $ 0.00 | $ 54.90 |
| 7 | CAPITAL RECOVERY V LLC | $ 4,930.22 | $ 0.00 | $ 179.74 |
| 8 | CAPITAL RECOVERY V LLC | $ 533.77 | $ 0.00 | $ 19.46 |
| 9 | Army & Air Force Exchange Services | $ 8,077.35 | $ 0.00 | $ 294.48 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,658.73 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE